# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON YASHOUAFAR,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
  and
RAYMUND CARINO ON BEHALF OF
HIMSELF AND AS REPRESENTATIVE
OF THE CLASS HEREIN DEFINED,
Real Party in Interest.

No. 75439



FILED

MAR 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original, emergency petition for a writ of mandamus or prohibition challenges a district court ruling denying a motion to dismiss for failure to comply with NRS 38.310's mediation requirements.

Having considered the petition and the appendices, we are not satisfied that this court's intervention by way of extraordinary relief is warranted. *See* NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying motions to dismiss). In particular, trial is scheduled to commence in the district court early next week, and petitioner has an adequate and speedy legal remedy in the form of an appeal from any adverse final judgment, precluding writ

18-12-002

relief.  NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004).  Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich


cc:    Hon. Richard Scotti, District Judge
       Premier Legal Group
       Solomon Dwiggins & Freer, Ltd.
       Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion to stay the proceedings below is denied as moot.